UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUAN J GOMEZ VASQUEZ,

        Plaintiff,

   v.

MARTHA KARR, et al.,

        Defendants.

CASE NO. C12-5531 BHS-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 6. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Plaintiff's Motion for Voluntary Dismissal (ECF No. 5) is **GRANTED**; and

(3)    This action is **DISMISSED without prejudice.**

**DATED** this 27th day of September, 2012.

BENJAMIN H. SETTLE
United States District Judge